IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


GUADALUPE G. SOTO                                                    PLAINTIFF

        v.                        Civil No.  12-5115

SHERIFF KEITH FERGUSON; and
DR. LAFFERTY                                                        DEFENDANTS


### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights case filed by the Plaintiff pursuant to 42 U.S.C. § 1983.  He proceeds *pro se* and *in forma pauperis.*

Defendants filed a motion to dismiss (Doc. 9).  Plaintiff did not file a response to the motion.  By order dated September 13, 2013 (Doc. 29), Plaintiff was given until October 4, 2013, to file a statement with the Court stating cause for his failure to timely respond to the motion to dismiss.

Plaintiff has not responded to the September 13th order.  Plaintiff has not sought an extension of time to respond.  The order has not been returned to this Court as undeliverable.

I therefore recommend that this case be dismissed for failure to comply with an order of the Court and failure to prosecute.  Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties**

-1-

AO72A
(Rev. 8/82)

are reminded that objections must be both timely and specific to trigger de novo review by

the district court.

DATED this 8th day of October 2013.

/s/ Erin L. Setser

HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

-2-

AO72A
(Rev. 8/82)