IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GUADALUPE G. SOTO                                                          PLAINTIFF

      v.      Civil No. 12-5115

SHERIFF KEITH FERGUSON and
DR. LAFFERTY                                                               DEFENDANTS

O R D E R

Now on this 4th day of December, 2013, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #30), and the Court, having reviewed the Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

The Court further notes that the Report And Recommendation was mailed to plaintiff on October 8, 2013, and returned as undeliverable on October 15, 2013.  Plaintiff has failed to supply the Court with a current address since that time, despite having been advised by Order dated June 15, 2012, that he "is required to immediately inform the Court of any change of address," and that failure to do so might result in dismissal of his case.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendants' **Motion To Dismiss** (document #9) is **granted,** and plaintiff's claims

are hereby **dismissed.**

**IT IS SO ORDERED.**

   **/s/ Jimm Larry Hendren**
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**